﻿Citation Nr: AXXXXXXXX
Decision Date: 02/27/20 Archive Date: 02/27/20

DOCKET NO. 190131-2027
DATE: February 27, 2020

REMANDED

Entitlement to a disability rating in excess of 30 percent for posttraumatic stress disorder (PTSD) is remanded.

Entitlement to a total disability rating based on individual unemployability (TDIU) is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Navy from February 1971 to January 1973.

In September 2018, the Veteran elected the modernized review system. 38 C.F.R. § 19.2(d). Specifically, the Veteran selected the Supplemental Claim review lane when he opted into the Appeals Modernization Act (AMA) review system by submitting a Rapid Appeals Modernization Program (RAMP) election form in September 2018. The agency of original jurisdiction (AOJ) issued a rating decision in January 2019. The Veteran timely appealed the January 2019 rating decision to the Board and requested Direct Review of the evidence considered by the AOJ.

In relation to the Veteran’s December 2014 statement in support of an increased rating for PTSD, he indicated that his employment history included driving trucks for 40 years but that he had never been able to maintain gainful employment. See December 2014 VA Form 21-4138. The Veteran indicated that he would become too overwhelmed by anxiety and an inability to deal with pressure or stress to maintain gainful employment. As such, the Board finds the issue of entitlement to a TDIU is part and parcel of the Veteran’s increased rating claim for PTSD. Rice v. Shinseki, 22 Vet. App. 447 (2009) (a claim for a TDIU is part of an increased rating claim when it is expressly raised by the Veteran, or reasonably raised by the record). 

The Board observes that the Veteran reported he is in receipt of Social Security Administration (SSA) disability benefits. See December 2014 and January 2015 VA homeless program note. Such records may be relevant and there is a reasonable possibility that SSA disability records could help substantiate the Veteran’s claim for a higher disability rating for PTSD and entitlement to a TDIU. See Golz v. Shinseki, 590 F.3d 1317, 1322 (Fed. Cir. 2010) (VA’s duty to assist includes obtaining relevant Social Security records). It does not appear there has been any effort to obtain SSA records. Therefore, the Board finds remand is necessary to correct the duty to assist error. 

The matter is REMANDED for the following action:

Request all documents pertaining to any application by the Veteran for SSA disability benefits, including the medical records considered in deciding the claim. 

 

V. Chiappetta

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board B. Mask, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.